In Re: GREGORY G. STEPHENSON
JANICE P. STEPHENSON

Chapter 13 Bankruptcy

Debtors

Case No. 05-27003 JES

*United States Bankruptcy Court Filed Mail AUG 24 2005 C.L. Austin Clerk Milwaukee, Wisconsin*

# MOTION TO DISMISS - UNCONFIRMED PLAN WITH ORDER ENJOINING THE DEBTOR FROM FURTHER FILINGS AND NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that the Chapter 13 Standing Trustee, Mary B. Grossman, pursuant to 11 U.S.C. 1307 (c), does hereby move the Court for an Order dismissing this case, for cause, including;

*Failure to commence Plan payments within 30 days after the Plan was filed as required by 11 USC 1326;*

**NOTICE IS HEREBY FURTHER GIVEN** that the Chapter 13 Standing Trustee, Mary B. Grossman, does hereby move the Court for an Order, pursuant to 11 U.S.C. 105(a) and 11 U.S.C. 349(a), enjoining the debtor from filing another bankruptcy case in this district, or any other district, without leave of this Court for a period of one year.

**NOTICE IS HEREBY GIVEN THAT** a hearing on the Motion has been scheduled in the above captioned matter on **Tuesday, September 13, 2005 at 9:00 a.m.**, before the Honorable James E. Shapiro in Courtroom number **#133** at the United States Courthouse, 517 East Wisconsin Avenue, Milwaukee, Wisconsin.

**NOTICE IS HEREBY FURTHER GIVEN** that if sufficient grounds to grant the motion are alleged or to deny the motion are not alleged, the court may rule on the merits of the motion at the time of the hearing.

<u>Your rights may be affected</u>. You should read these papers carefully and discuss them with your attorney, should you have one in this case. (If you do not have an attorney, you may wish to consult one).

ANY OBJECTION TO THE RELIEF REQUESTED BY THIS MOTION SHOULD BE IN WRITING SPECIFYING LEGALLY SUFFICIENT GROUNDS WHY THE MOTION SHOULD NOT BE GRANTED AND SHOULD BE FILED IN DUPLICATE WITH THE CLERK OF THE U.S. BANKRUPTCY COURT, ROOM 126, U.S. COURTHOUSE, 517 EAST WISCONSIN AVENUE, MILWAUKEE, WISCONSIN 53202, AND A COPY MAILED TO THE TRUSTEE, WITHIN 20 DAYS OF THE DATE OF THE MAILING OF THIS NOTICE. IF YOU MAIL YOUR RESPONSE TO THE COURT FOR FILING, YOU MUST MAIL IT EARLY ENOUGH SO THE COURT WILL RECEIVE IT ON OR BEFORE THE DATE STATED BELOW. SHOULD AN OBJECTION NOT BE IN COMPLIANCE WITH THESE REQUIREMENTS THE COURT MAY GRANT THE MOTION WITHOUT A HEARING. IF YOU OR YOUR ATTORNEY DO NOT TAKE THESE STEPS, THE COURT MAY DECIDE THAT YOU DO NOT OPPOSE THE RELIEF SOUGHT IN THE MOTION AND MAY ENTER AN ORDER GRANTEING THAT RELIEF.

Mailed in Milwaukee, Wisconsin this 23rd day of August 2005.

Mary B. Grossman, Chapter 13 Standing Trustee
Rebecca Rogers Garcia, Staff Attorney
Jack N. Zaharopoulos, Staff Attorney

740 North Plankinton Avenue, Suite 400
Milwaukee, WI 53203 (414) 271-3943

In RE: GREGORY G. STEPHENSON
      JANICE P.
      Debtor(s)

Chapter 13 Bankruptcy

Soc.Sec.No. XXX-XX-4995
            XXX-XX-0203

Case No. 05-27003-JES

UNITED STATES
BANKRUPTCY COURT
FILED MAIL
AUG 24 2005
C. L. AUSTIN CLERK
MILWAUKEE, WISCONSIN

## AFFIDAVIT OF CHAPTER 13 STANDING TRUSTEE'S OFFICE IN SUPPORT OF MOTION CONVERTING CASE – UNCONFIRMED PLAN AND FOR AN ORDER ENJOINING THE DEBTOR FROM FURTHER FILINGS FOR A PERIOD OF ONE YEAR

STATE OF WISCONSIN)
                   ) ss
MILWAUKEE COUNTY)

The Undersigned, being first duly sworn on oath, deposes and states as follows:

1. Mary B. Grossman is duly appointed, qualified and acting Chapter 13 Standing Trustee in this Chapter 13-bankruptcy case, which was filed on April 27, 2005.

2. The Debtor(s) have filed seven (7) prior bankruptcy cases before the commencement of the pending Chapter 13- bankruptcy case. Listed below is a summary of each of those cases, the Case Status Reports and the Receipt Statements are provided for the available cases for your review.

### Prior Bankruptcy cases for GREGORY G. & JANICE P. STEPHENSON

94-20551-RAE, Chapter 13 Bankruptcy case filed February 4, 1994,
and discharge granted September 29, 1997.

99-31648-JES, Chapter 7 proceeding filed December 3, 1999,
and discharge granted March 16, 2001.

02-31176-JES, Chapter 13 Bankruptcy case filed August 30, 2002, and
dismissed January 24, 2003(Thomas King served as Standing Trustee).

03-20838-JES, Chapter 13 Bankruptcy case filed January 21, 2003
and dismissed February 21, 2003, for failure to timely file
Completed schedules.

03-22597-JES, Chapter 13 Bankruptcy case filed February 26, 2003,
and voluntarily dismissed by debtor(s) October 22, 2003.

04-33952-SVK, Chapter 13 Bankruptcy case filed September 28, 2004,
and dismissed January 11, 2005, for failure to pay Installment fee.

05-20918-JES, Chapter 13 Bankruptcy case filed January 26, 2005,
and dismissed March 29, 2005, for failure to pay filing fees.

3. The pending Chapter 13 Bankruptcy case 05-27003-JES, filed on April 27, 2005, the debtor(s) have failed to commence plan payment within 30 days after the plan was filed as required by 11 USC 1326.

4. The bankruptcy history of these debtor(s) demonstrates that they are serial filers and that they are abusing the bankruptcy system with no ability or intention of satisfying their creditors.

5. This Affidavit is made in support of the Trustee's Motion To Dismiss Unconfirmed Plan and Motion For Order Enjoining the Debtor(s) from filing another bankruptcy petition for a period of one year without prior consent of the Bankruptcy Court.

_____
Mary Grossman, Chapter 13 Standing Trustee
Rebecca Rogers Garcia, Staff Attorney
Jack N. Zaharopoulos, Staff Attorney

Subscribed and Sworn to before me this 23rd day of August 2005.
_____
Notary Public, State of Wisconsin
My Commission Expires: 1-27-08

2

**05-27003-JES**

GREGORY G. STEPHENSON
JANICE P. STEPHENSON
10126 WEST GOOD HOPE ROAD
MILWAUKEE WI 53224

Not Confirmed

Atty: PRO SE
( ) -

Emplyr: DEBTOR DIRECT

**60 Rmng of 60 Mos.**
Percent Pay Uns 10
SSN: xxx-xx-4995  xxx-xx-0203
Debtor Plan Payment: $1,200.00 / M

Debtor Type: Joint

| | | ----- Last 6 Payments ----- | | |
|---|---|---|---|---|
| Filed | 04/27/2005 | $0.00 | $0.00 | Total Paid In $0.00 |
| First Mtg R09/01/2005 @ 11:30 | | $0.00 | $0.00 | |
| Conf. Hrg Date | | $0.00 | $0.00 | |
| Plan Filed | 06/29/2005 | | | |
| Start Pmts | 07/29/2005 | | | |
| Bar Date | 09/28/2005 | | | |

Debtor Graduated Payments
Start Date 7/29/2005  End Date 6/29/2010  $1,200.00  Per Month  =  $72,000.00

| Creditor Name | Number | Held | Clm Num | Last Pymt | Term | Int Rate | Fixed Pymnt | Disb Code | Debt /Value | Principal Paid | Claimed /Pd Dir | Tot Int Pd /Accrd Int | Balance /% Uns Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRO SE | PRO SE | | 001-0 | | Lgl I | | | 15 | $0.00 | | | | $0.00 |
| INTERNAL REVENUE SERVICE | 00090261 | | 002-0 | | Pri | | | 28 | $0.00 | | | | Scheduled |
| WI DEPT OF REVENUE | 00230698 | | 003-0 | | Pri | | | 28 | $0.00 | | | | Scheduled |
| WELLS FARGO | 00000387 | | 004-0 | | Uns | | | 33 | $1,822.49 | | $18,224.88 | | $1,822.49 / 0.00 |
| TIME WARNER CABLE | TIME | | 005-0 | | Uns | | | 33 | $17.94 | | $179.42 | | $17.94 / 0.00 |
| WELLS FARGO | 00020474 | | 006-0 | | Sec | | | 24 | $18,000.00 | | | | Scheduled |
| HOUSEHOLD MORTGAGE SERVICES | 00028818 | | 007-0 | | Sec A | | | 24 | $50,000.00 | | | | Scheduled |
| INTERNAL REVENUE SERVICE | 00090261 | | 008-0 | | Pri | | | 28 | $0.00 | | | | Scheduled |
| CITY OF MILWAUKEE | 00005890 | | 010-0 | | Pri | | | 28 | $11,900.00 | | | | Scheduled |
| CITY OF MILWAUKEE | 00005890 | | 011-0 | | Pri | | | 28 | $0.00 | | | | Scheduled |
| WI DEPT OF REVENUE | 00230698 | | 012-0 | | Pri | | | 28 | $6,000.00 | | | | Scheduled |
| FIRST NATIONAL CREDIT CARD | 00052471 | | 013-0 | | Uns | | | 33 | $0.00 | | | | Scheduled |
| GUARANTY BANK | 00002537 | | 014-0 | | Uns | | | 33 | $0.00 | | | | Scheduled |
| WEXLER & WEXLER | 00013875 | | 015-0 | | Uns | | | 33 | $0.00 | | | | Scheduled |
| WIS AUTO TITLE LOANS | 00049232 | | 016-0 | | Uns | | | 33 | $0.00 | | | | Scheduled |
| FCNB | 00036627 | | 017-0 | | Uns | | | 33 | $0.00 | | | | Scheduled |
| ALICE ROUSE | 00065324 | | 018-0 | | Uns | | | 33 | $32,400.00 | | | | Scheduled |
| FED ADJ. CO. | 00047203 | | 019-0 | | Uns | | | 33 | $0.00 | | | | Scheduled |
| MCI | 00040630 | | 020-0 | | Uns | | | 33 | $300.00 | | | | Scheduled |
| SENTRY INSURANCE | 00032580 | | 021-0 | | Uns | | | 33 | $0.00 | | | | Scheduled |
| ATTORNEY JEROME RANDALL | 00077738 | | 022-0 | | Uns | | | 33 | $0.00 | | | | Scheduled |

Continued on Next Page

05-27003-JES GREGORY G. STEPHENSON / JANICE P. STEPHENSON — Not Confirmed — 60 Rmng of 60 Mos. Percent Pay Uns 10

| Creditor Name | Number | Held | Clm Num | Last Pymt | Term | Int Rate | Fixed Pymnt | Disb Code | Debt /Value | Principal Paid | Claimed /Pd Dir | Tot Int Pd /Accrd Int | Balance /% Uns Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ATTORNEY JEROME RANDALL | 00077738 | | 023-0 | | Uns | | | 33 | $0.00 | | | | Scheduled |
| FALLS COLLECTION | 00000840 | | 024-0 | | Uns | | | 33 | $0.00 | | | | Scheduled |
| EQUIA FAX CHECK SERVICES | 00035763 | | 025-0 | | Uns | | | 33 | $0.00 | | | | Scheduled |
| FARMERS INSURANCE | 00058180 | | 026-0 | | Uns | | | 33 | $0.00 | | | | Scheduled |
| FARMERS INSURANCE GROUP | 00018987 | | 027-0 | | Uns | | | 33 | $0.00 | | | | Scheduled |
| CREDIT COLLECTION SERVICE | 00007914 | | 028-0 | | Uns | | | 33 | $0.00 | | | | Scheduled |
| COUNTY OF MILWAUKEE | 00022631 | | 029-0 | | Uns 9 | | | 33 | $0.00 | | | | Scheduled |
| ECAST SETTLEMENT CORP ASSIGNEE | 00054474 | | 030-0 | | Uns | | | 33 | $0.00 | | | | Scheduled |
| NEXTEL COMMUNICATIONS | 00031720 | | 031-0 | | Uns | | | 33 | $0.00 | | | | Scheduled |
| OLIVER ADJUSTMENT | 00014329 | | 032-0 | | Uns | | | 33 | $0.00 | | | | Scheduled |
| PROFESSIONAL EMERG. CARE | 00004770 | | 033-0 | | Uns | | | 33 | $0.00 | | | | Scheduled |
| SPRINT PCS CUSTOMER CARE | 00028814 | | 034-0 | | Uns | | | 33 | $0.00 | | | | Scheduled |
| ALLIED INTERSTATE WEST INC. | 00040067 | | 035-0 | | Uns | | | 33 | $0.00 | | | | Scheduled |
| COVENANT HEALTHCARE | 00075307 | | 036-0 | | Uns | | | 33 | $629.36 | | $6,293.65 | | $629.36 0.00 |
| TCF BANK | 00036168 | | 037-0 | | Uns | | | 33 | $0.00 | | | | Scheduled |
| ACC INTERNATIONAL | 00043605 | | 038-0 | | Uns | | | 33 | $0.00 | | | | Scheduled |
| MILWAUKEE CO CIRCUIT COURT | 00038439 | | 039-0 | | Uns 9 | | | 33 | $0.00 | | | | Scheduled |
| POULOS, SENGSTOCK & BUDNY | 00043171 | | 040-0 | | Uns | | | 33 | $0.00 | | | | Scheduled |
| WELLS FARGO | 00005911 | | 041-0 | | Uns | | | 33 | $8,000.00 | | | | Scheduled |
| STORM, BALGEMAN & MILLER | 00034560 | | 042-0 | | Uns | | | 33 | $0.00 | | | | Scheduled |
| CITY OF MILWAUKEE | 00001089 | | 043-0 | | Uns | | | 33 | $0.00 | | | | Scheduled |
| CITY OF MILWAUKEE | 00006167 | | 044-0 | | Pri | | | 20 | $100.00 | | | | Scheduled |
| BEST DISPOSAL | 00065360 | | 045-0 | | Uns | | | 33 | $100.00 | | | | Scheduled |
| U HAUL | 00037296 | | 046-0 | | Uns | | | 33 | $200.00 | | | | Scheduled |
| PUBLIC STORAGE | 00041332 | | 047-0 | | Uns | | | 33 | $100.00 | | | | Scheduled |
| DIRECT TV | 00031897 | | 048-0 | | Uns | | | 33 | $200.00 | | | | Scheduled |
| AAA SEWER CLEANING | 00058174 | | 049-0 | | Uns | | | 33 | $0.00 | | | | Scheduled |
| AURORA HEALTH CARE | 00041859 | | 050-0 | | Uns | | | 33 | $0.00 | | | | Scheduled |
| CHECK N GO | 00030474 | | 051-0 | | Uns | | | 33 | $0.00 | | | | Scheduled |

Continued on Next Page

05-27003-JES

GREGORY G. STEPHENSON
JANICE P. STEPHENSON

Not Confirmed

60 Rmng of 60 Mos.
Percent Pay Uns 10

| Creditor Name | Number | Held | Clm Num | Last Pymt | Term | Int Rate | Fixed Pymnt | Disb Code | Debt /Value | Principal Paid | Claimed /Pd Dir | Tot Int Pd /Accrd Int | Balance /% Uns Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CREDITORS ALLIANCE CORP. | 00021714 | | 052-0 | | Uns | | | 33 | $0.00 | | | | Scheduled |
| ELECTROCARDIOGRAPHIC ASSOC | 00019061 | | 053-0 | | Uns | | | 33 | $0.00 | | | | Scheduled |
| FIRST CONSUMER NATIONAL BANK | 00058102 | | 054-0 | | Uns | | | 33 | $0.00 | | | | Scheduled |
| GRAY & END | GRAY | | 055-0 | | Uns | | | 33 | $0.00 | | | | Scheduled |
| HOUSEHOLD MORTGAGE SERVICES | 00028818 | | 056-0 | | Uns | | | 33 | $0.00 | | | | Scheduled |
| CITIFINANCIAL | 00014009 | | 057-0 | | Uns | | | 33 | $0.00 | | | | Scheduled |
| FAIR FINANCE CORP. | 00006563 | | 058-0 | | Uns | | | 33 | $0.00 | | | | Scheduled |
| TELECHECK | 00007239 | | 059-0 | | Uns | | | 33 | $0.00 | | | | Scheduled |
| TIME WARNER CABLE | TIME | | 060-0 | | Uns | | | 33 | $179.42 | | | | Scheduled |
| DIRECT TV | 00027654 | | 061-0 | | Uns | | | 33 | $240.00 | | | | Scheduled |
| VERIZON WIRELESS | 00034365 | | 062-0 | | Uns | | | 33 | $2,000.00 | | | | Scheduled |
| CERTEGY PAYMENT RECOVERY | 00048899 | | 063-0 | | Uns | | | 33 | $0.00 | | | | Scheduled |
| SBC/AMERITECH | 00041689 | | 064-0 | | Uns | | | 33 | $60.88 | | $608.78 | | $60.88 0.00 |
| PROVIDIAN | 00044484 | | 065-0 | | Uns | | | 33 | $0.00 | | | | Scheduled |
| RENT A CENTER | 00021240 | | 066-0 | | Uns | | | 33 | $300.00 | | | | Scheduled |
| MILWAUKEE CO CIRCUIT CT | 00013714 | | 067-0 | | Uns | | | 33 | $0.00 | | | | Scheduled |
| WEXLER & WEXLER | 00008804 | | 068-0 | | Uns | | | 33 | $0.00 | | | | Scheduled |
| WIS AUTO TITLE LOANS | 00050747 | | 069-0 | | Uns | | | 33 | $0.00 | | | | Scheduled |
| STATE OF WI | 00002818 | | 070-0 | | Uns | | | 33 | $0.00 | | | | Scheduled |
| FCNB PREFERRED CHARGE | 00030477 | | 071-0 | | Uns | | | 33 | $0.00 | | | | Scheduled |
| ALICE ROUSE | 00065324 | | 072-0 | | Uns | | | 33 | $0.00 | | | | Scheduled |
| WALMART | 00023810 | | 073-0 | | Uns | | | 33 | $0.00 | | | | Scheduled |
| WE ENERGIES | 00230726 | | 074-0 | | Uns | | | 33 | $0.00 | | | | Scheduled |
| WE ENERGIES | 00230726 | | 075-0 | | Uns | | | 33 | $0.00 | | | | Scheduled |
| WE ENERGIES | 00230726 | | 076-0 | | Uns | | | 33 | $0.00 | | | | Scheduled |
| WALMART | 00023810 | | 077-0 | | Uns | | | 33 | $0.00 | | | | Scheduled |
| WE ENERGIES | 00230726 | | 078-0 | | Uns | | | 33 | $7,000.00 | | | | Scheduled |
| WE ENERGIES | 00230726 | | 079-0 | | Uns | | | 33 | $7,000.00 | | | | Scheduled |
| WE ENERGIES | 00230726 | | 080-0 | | Uns | | | 33 | $7,000.00 | | | | Scheduled |

Continued on Next Page

**05-27003-JES**

GREGORY G. STEPHENSON
JANICE P. STEPHENSON

Not Confirmed

**60 Rmng of 60 Mos.**
Percent Pay Uns    10

| Creditor Name | Number | Held | Clm Num | Last Pymt | Term | Int Rate | Fixed Pymnt | Disb Code | Debt /Value | Principal Paid | Claimed /Pd Dir | Tot Int Pd /Accrd Int | Balance /% Uns Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OMNI CREDIT | 00017461 | | 081-0 | | Uns | | | 33 | $0.00 | | | | Scheduled |
| MARY B. GROSSMAN, CHAPTER 13 T | TRUSTEE3 | | TRS-0 | | Tru | | | 00 | $99.97 | | | | $99.97 |

|  | Secured | Priority | Unsecured | Admin | Attorney | Continuing | Other | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | $153,650.06 | | $0.00 | | $0.00 |
| Total Debt | $68,000.00 | $18,000.00 | $67,550.09 | $0.00 | $0.00 | $0.00 | $0.00 | Amount Available | | $0.00 |
| Total Paid | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Funds Held | | $0.00 |
| Total Int Pd | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | $0.00 | Principal Balance | | $2,630.64 |
| Balance Due | $68,000.00 | $18,000.00 | $67,550.09 | $0.00 | $0.00 | | $99.97 | Delinquent | | $1,200.00 |

**05-27003-JES**

GREGORY G. STEPHENSON                JANICE P. STEPHENSON
10126 WEST GOOD HOPE ROAD
                                      Atty: PRO SE                    60 Rmng of 60 Mos.
MILWAUKEE WI 53224                                                    Payment:      $1,200.00 Per  M
First Pmt Date    07/29/2005    Delinquen$1,200.00

Debtor Graduated Payments
Start Date 7/29/2005    End Date 6/29/2010    $1,200.00    Per Month    =    $72,000.00

| Check | Batch Id | Date | Amount Paid | Src | Type | Description | Employer |
|---|---|---|---|---|---|---|---|

Total                             $0.00

Case 05-27003-jes    Doc 36    Filed 08/24/05    Page 8 of 20

**05-20918-JES**

GREGORY G. STEPHENSON  
JANICE P. STEPHENSON  
10126 WEST GOOD HOPE ROAD

MILWAUKEE WI 53224

Debtor Type: Joint

Dismissed on 04/13/2005 - Final Rpt  
Not Confirmed

Atty: PRO SE  
( ) -  
Dismissed  
Emplyr:

----- Last 6 Payments -----

| | |
|---|---|
| $0.00 | $0.00 |
| $0.00 | $0.00 |
| $0.00 | $0.00 |

0 Rmng of Mos. @ $0.00 /mo.  
Percent Pay Uns 0  
SSN: xxx-xx-4995 xxx-xx-0203  
Debtor Plan Payment: $0.00 / M

Total Paid In $0.00

| | |
|---|---|
| Filed | 01/26/2005 |
| First Mtg | 03/24/2005 |
| Conf. Hrg Date | |
| Plan Filed | |
| Start Pmts | 02/25/2005 |
| Bar Date | 06/22/2005 |

Okay to Close (27))

| Creditor Name | Number | Held | Clm Num | Last Pymt | Term | Int Rate | Fixed Pymnt | Disb Code | Debt /Value | Principal Paid | Claimed /Pd Dir | Tot Int Pd /Accrd Int | Balance /% Uns Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRO SE | PRO SE | | 001-0 | | Lgl I | | | 15 | $0.00 | | | | $0.00 |
| MARY B. GROSSMAN, CHAPTER 13 T | TRUSTEE3 | | TRS-0 | | Tru | | | 00 | $0.00 | | | | $0.00 |

| | Secured | Priority | Unsecured | Admin | Attorney | Continuing | Other | | Amount Available | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | $0.00 | $0.00 | $0.00 | | |
| Total Debt | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | Funds Held | | $0.00 |
| Total Paid | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | Principal Balance | | $0.00 |
| Total Int Pd | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | $0.00 | | | | |
| Balance Due | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | $0.00 | | Delinquent | | $0.00 |

Case Status Report - Receipts History

Page 1
Chapter 13

**05-20918-JES**   Status as of   8/22/2005

GREGORY G. STEPHENSON   JANICE P. STEPHENSON
10126 WEST GOOD HOPE ROAD
                                  Atty: PRO SE                    0 Rmng of 0 Mos.
MILWAUKEE WI 53224                Dismissed                       Payment:   $0.00   Per  M
First Pmt Date    02/25/2005   Delinquent   $0.00

| Check | Batch Id | Date | Amount Paid | Src | Type | Description | Employer |
|---|---|---|---|---|---|---|---|

Total             $0.00

Case Status Report
Mary B. Grossman, Chapter 13 Trustee
Status of Case as of   08/22/2005  10:11 AM
Dismissed on 02/02/2005 - Final Rpt

Page   1
Chapter 13

**04-33952-SVK**

GREGORY G. STEPHENSON
JANICE P. STEPHENSON
10126 WEST GOOD HOPE ROAD

MILWAUKEE WI 53224

Debtor Type: Joint

Not Confirmed

Atty: PRO SE
   ( ) -
Dismissed
Emplyr:

----- Last 6 Payments -----
$0.00      $0.00
$0.00      $0.00
$0.00      $0.00

0 Rmng of Mos. @  $0.00 /mo.
Percent Pay Uns    0
SSN: xxx-xx-4995  xxx-xx-0203
Debtor Plan Payment:   $0.00 / M

Total Paid In            $0.00

| Filed | 09/28/2004 |
| First Mtg | 11/05/2004 |
| Conf. Hrg Date | |
| Plan Filed | |
| Start Pmts | 11/12/2004 |
| Bar Date | 02/03/2005 |

Okay to Close (27))

| Creditor Name | Number | Held | Clm Num | Last Pymt | Term | Int Rate | Fixed Pymnt | Disb Code | Debt /Value | Principal Paid | Claimed /Pd Dir | Tot Int Pd /Accrd Int | Balance /% Uns Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRO SE | PRO SE | | 001-0 | | Lgl | | | 15 | $0.00 | | | | $0.00 |
| WE ENERGIES | 00230726 | | 002-0 | | Uns | | | 33 | $0.00 | | $42,679.84 | | $0.00 0.00 |
| DEBTOR | DEBTOR | | 777-0 | | Rfd | | | 11 | $0.00 | | | | $0.00 |
| DAVID W. ASBACH, CHAPTER 13 TR | TRUSTEE2 | | TRS-0 | | Tru | | | 00 | $0.00 | | | | $0.00 |

|  | Secured | Priority | Unsecured | Admin | Attorney | Continuing | Other | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | $0.00 | $0.00 | | $0.00 |
| Total Debt | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Amount Available | | $0.00 |
| Total Paid | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Funds Held | | $0.00 |
| Total Int Pd | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | $0.00 | Principal Balance | | $0.00 |
| Balance Due | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | $0.00 | Delinquent | | $0.00 |

Status as of  8/22/2005

**04-33952-SVK**

GREGORY G. STEPHENSON  JANICE P. STEPHENSON
10126 WEST GOOD HOPE ROAD

Atty: PRO SE   0 Rmng of 0 Mos.
MILWAUKEE WI 53224  Dismissed   Payment:   $0.00   Per  M
First Pmt Date   11/12/2004   Delinquent   $0.00

| Check | Batch Id | Date | Amount Paid | Src | Type | Description | Employer |
|---|---|---|---|---|---|---|---|

Total  $0.00

Case Status Report
Mary B. Grossman, Chapter 13 Trustee
Status of Case as of 08/22/2005 10:11 AM
Dismissed on 10/21/2003
Page 1
Chapter 13

**03-22597-6-JES**

GREGORY G. STEPHENSON
JANCIE P. STEPHENSON
10126 WEST GOOD HOPE ROAD

MILWAUKEE WI 53224

Debtor Type: Joint

Not Confirmed

Atty: CLIFTON G. OWENS
(414)462-5050
Dismissed
Emplyr:

36 Rmng of 36 Mos.
Percent Pay Uns 10
SSN: xxx-xx-4995 xxx-xx-0203
Debtor Plan Payment: $2,500.00 / M

| | | | | |
|---|---|---|---|---|
| Filed | 02/26/2003 | 7/17/2003 | $700.00 | $0.00 |
| First Mtg Reset | 10/30/2003 | 7/17/2003 | $4,299.00 | $0.00 |
| Conf. Hrg I04/29/2003 @ 11:30 | | 4/8/2003 | $2,500.00 | $0.00 |
| Plan Filed | 02/26/2003 | | | |
| Start Pmts | 03/28/2003 | | | |
| Bar Date | 07/02/2003 | | | |

----- Last 6 Payments -----

Total Paid In $7,499.00

**Debtor Graduated Payments**

| Start Date | End Date | | Per Month | = | |
|---|---|---|---|---|---|
| 2/26/2003 | 2/28/2003 | $0.00 | Per Month | = | $0.00 |
| 3/28/2003 | 3/28/2003 | $2,500.00 | Per Month | = | $2,500.00 |
| 4/28/2003 | 3/28/2006 | $2,500.00 | Per Month | = | $90,000.00 |

02

Okay to Close (27))

| Creditor Name | Number | Held | Clm Num | Last Pymt | Term | Int Rate | Fixed Pymnt | Disb Code | Debt /Value | Principal Paid | Claimed /Pd Dir | Tot Int Pd /Accrd Int | Balance /% Uns Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CITIFINANCIAL | 00018605 | | 001-0 | | Sec | | | 24 | $6,182.56 | | $6,182.56 | | $6,182.56 |
| FAIR FINANCE CORP. | 00058168 | | 002-0 | | Sec A | | | 24 | $20,096.24 | | $20,096.24 | | $20,096.24 |
| MILWAUKEE COUNTY COURTHOUSE | 00052369 | | 003-0 | | Sec A | | | 24 | $0.00 | | | | Not Filed |
| POULOS, SENGSTOCK, BUNDY & LUD | 00058169 | | 004-0 | | Sec A | | | 24 | $0.00 | | | | Not Filed |
| HSBC MORTGAGE SERVICES | 00043523 | | 005-0 | | Sec | | | 24 | $30,807.77 | | $30,807.77 | | $30,807.77 |
| SUNDAES BEST RESORT | 00058171 | | 006-0 | | Sec | | | 24 | $0.00 | | | | Not Filed |
| WELLS FARGO | | WELLS | 007-0 | | Sec | | | 24 | $30,338.25 | $2,400.00 | $30,338.25 | | $27,938.25 |
| WELLS FARGO FINANCIAL ACCEPTAN | 00058172 | | 008-0 | | Sec | | | 24 | $0.00 | | | | Not Filed |
| STORM, BALGEMAN, & MILLER | 00058173 | | 009-0 | | Sec | | | 24 | $0.00 | | | | Not Filed |
| CITY OF MILWAUKEE | 00030982 | | 010-0 | | Pri | | | 28 | $0.00 | | | | Not Filed |
| CITY OF MILWAUKEE | 00030982 | | 011-0 | | Pri | | | 28 | $0.00 | | | | Not Filed |
| CITY OF MILWAUKEE | 00030982 | | 012-0 | | Pri | | | 28 | $0.00 | | | | Not Filed |
| CITY OF MILWAUKEE | 00030982 | | 013-0 | | Pri | | | 28 | $3,931.98 | | $3,931.98 | | $3,931.98 |
| CITY OF MILWAUKEE | 00030982 | | 014-0 | | Pri | | | 28 | $2,794.96 | | $2,794.96 | | $2,794.96 |
| CITY OF MILWAUKEE | 00030982 | | 015-0 | | Pri | | | 28 | $5,456.73 | | $5,456.73 | | $5,456.73 |
| WI DEPT OF REVENUE | 00230698 | | 016-0 | | Pri | | | 28 | $10,932.79 | | $10,932.79 | | $10,932.79 |
| WI DEPT OF REVENUE | 00230698 | | 016-1 | | Uns | | | 33 | $245.13 | | $2,451.27 | | $245.13 0.00 |
| AAA SEWER CLEANING | 00058174 | | 017-0 | | Uns | | | 33 | $0.00 | | | | Not Filed |
| AURORA HEALTH CARE | 00058175 | | 018-0 | | Uns | | | 33 | $0.00 | | | | Not Filed |
| ACCOUNTS RECOVER SERVICE | 00058176 | | 019-0 | | Uns | | | 33 | $0.00 | | | | Not Filed |

Continued on Next Page

Case Status Report
Mary B. Grossman, Chapter 13 Trustee
Status of Case as of 08/22/2005 10:11 AM
Dismissed on 10/21/2003
Page 2
Chapter 13

03-22597-6-JES
GREGORY G. STEPHENSON
JANCIE P. STEPHENSON
Not Confirmed
36 Rmng of 36 Mos.
Percent Pay Uns 10

| Creditor Name | Number | Held | Clm Num | Last Pymt | Term | Int Rate | Fixed Pymnt | Disb Code | Debt /Value | Principal Paid | Claimed /Pd Dir | Tot Int Pd /Accrd Int | Balance /% Uns Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CHECK N GO | 00058177 | | 020-0 | | Uns | | | 33 | $0.00 | | | | Not Filed |
| CITY OIL COMPANY | 00020018 | | 021-0 | | Uns | | | 33 | $35.80 | | $358.00 | | $35.80 0.00 |
| CREDITORS ALLIANCE INC. | 00049917 | | 022-0 | | Uns | | | 33 | $0.00 | | | | Not Filed |
| ELECTROCARDIOGRAPHICS | 00058178 | | 023-0 | | Uns | | | 33 | $0.00 | | | | Not Filed |
| FALLS COLLECTION SERVICE | 00000915 | | 024-0 | | Uns | | | 33 | $0.00 | | | | $0.00 0.00 |
| EQUIFAX CHECK SERVICES INC. | 00058179 | | 025-0 | | Uns | | | 33 | $0.00 | | | | Not Filed |
| FARMERS INSURANCE | 00058180 | | 026-0 | | Uns | | | 33 | $0.00 | | | | Not Filed |
| FARMERS INSURANCE GRP. OF COS | 00058181 | | 027-0 | | Uns | | | 33 | $0.00 | | | | Not Filed |
| CREDIT COLLECTIONS SERVICES | 00058182 | | 028-0 | | Uns | | | 33 | $0.00 | | | | Not Filed |
| FIRST CONS NTL. | 00058183 | | 029-0 | | Uns | | | 33 | $0.00 | | | | Not Filed |
| FIRST NATIONAL CREDIT CARD | 00052471 | | 030-0 | | Uns | | | 33 | $0.00 | | | | Not Filed |
| GUARANTY BANK | 00058184 | | 031-0 | | Uns | | | 33 | $0.00 | | | | Not Filed |
| MILWAUKEE COUNTY COURTHOUSE | 00052369 | | 032-0 | | Uns | | | 33 | $0.00 | | | | Not Filed |
| LAW OFFICES OF ROLLIE R. HANSO | 00181117 | | 033-0 | | Uns | | | 33 | $101.90 | | $1,019.00 | | $101.90 0.00 |
| MILWAUKEE COUNTY COURTHOUSE | 00052369 | | 034-0 | | Uns | | | 33 | $0.00 | | | | Not Filed |
| ECAST SETTLEMENT CORPORATION ECAST | | | 035-0 | | Uns | | | 33 | $61.48 | | $614.75 | | $61.48 0.00 |
| NEXTEL COMMUNICATIONS | 00058186 | | 036-0 | | Uns | | | 33 | $0.00 | | | | Not Filed |
| OLIVER ADJUSTMENT | 00058187 | | 037-0 | | Uns | | | 33 | $0.00 | | | | Not Filed |
| PROFESSIONAL EMERGENCY | 00058188 | | 038-0 | | Uns | | | 33 | $0.00 | | | | Not Filed |
| FED. ADJ. CO. | 00048294 | | 039-0 | | Uns | | | 33 | $0.00 | | | | Not Filed |
| PROVIDIAN | 00040892 | | 040-0 | | Uns | | | 33 | $0.00 | | | | Not Filed |
| RENT A CENTER | 00058189 | | 041-0 | | Uns | | | 33 | $0.00 | | | | Not Filed |
| ROOTER INC. | 00058190 | | 042-0 | | Uns | | | 33 | $0.00 | | | | Not Filed |
| MILWAUKEE COUNTY COURTHOUSE | 00052369 | | 043-0 | | Uns | | | 33 | $0.00 | | | | Not Filed |
| SBC AMERITECH | 00058191 | | 044-0 | | Uns | | | 33 | $255.63 | | $2,556.26 | | $255.63 0.00 |
| SPRINT PCS CUSTOMER CARE | 00058192 | | 045-0 | | Uns | | | 33 | $0.00 | | | | Not Filed |
| ALLIED INTERSTATE WEST INC. | 00017833 | | 046-0 | | Uns | | | 33 | $0.00 | | | | Not Filed |
| ST. JOSEPH HOSPTIAL | 00058193 | | 047-0 | | Uns | | | 33 | $596.41 | | $5,964.05 | | $596.41 0.00 |
| TCF NATIONAL BANK | 00053674 | | 048-0 | | Uns | | | 33 | $0.00 | | | | Not Filed |

Continued on Next Page

Case Status Report
Mary B. Grossman, Chapter 13 Trustee
Status of Case as of 08/22/2005 10:11 AM
Dismissed on 10/21/2003

Page 3
Chapter 13

03-22597-6-JES
GREGORY G. STEPHENSON
JANCIE P. STEPHENSON
Not Confirmed

36 Rmng of 36 Mos.
Percent Pay Uns 10

| Creditor Name | Number | Held | Clm Num | Last Pymt | Term | Int Rate | Fixed Pymnt | Disb Code | Debt /Value | Principal Paid | Claimed /Pd Dir | Tot Int Pd /Accrd Int | Balance /% Uns Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ACC INTERNATIONAL | 00058194 | | 049-0 | | Uns | | | 33 | $0.00 | | | | Not Filed |
| TELECHECK | 00042864 | | 050-0 | | Uns | | | 33 | $0.00 | | | | Not Filed |
| TIME WARNER CABLE | TIME | | 051-0 | | Uns | | | 33 | $17.94 | | $179.42 | | $17.94 0.00 |
| VERIZON WIRELESS | 00058195 | | 052-0 | | Uns | | | 33 | $0.00 | | | | Not Filed |
| CERTEGY PAYMENT RECOVERY SERVI | 00058196 | | 053-0 | | Uns | | | 33 | $0.00 | | | | Not Filed |
| WALMART | 00058197 | | 054-0 | | Uns | | | 33 | $0.00 | | | | Not Filed |
| WE ENERGIES | 00230726 | | 055-0 | | Uns | | | 33 | $2,862.88 | | $28,628.76 | | $2,862.88 0.00 |
| WE ENERGIES | 00230726 | | 056-0 | | Uns | | | 33 | $0.00 | | | | Not Filed |
| WE ENERGIES | 00230726 | | 057-0 | | Uns | | | 33 | $0.00 | | | | Not Filed |
| WE ENERGIES | 00230726 | | 058-0 | | Uns | | | 33 | $0.00 | | | | Not Filed |
| OMNI CREDIT SERVICE | 00002375 | | 059-0 | | Uns | | | 33 | $0.00 | | | | Not Filed |
| WEXLER & WEXLER | 00058198 | | 060-0 | | Uns | | | 33 | $0.00 | | | | Not Filed |
| WIS AUTO TITLE LOAN | 00058199 | | 061-0 | | Uns | | | 33 | $0.00 | | | | Not Filed |
| INTERNAL REVENUE SERVICE | 00090261 | | 062-0 | | Pri | | | 28 | $14,500.00 | | $14,500.00 | | $14,500.00 |
| U S ATTORNEY | 00100815 | | 063-0 | | Pri | | | 28 | $0.00 | | | | Not Filed |
| FCNB PREFERRED CHARGE | 00002385 | | 064-0 | | Uns | | | 33 | $19.77 | | $197.70 | | $19.77 0.00 |
| ALICE ROUSE | 00065324 | | 065-0 | | Uns | | | 33 | $32,400.00 | | $324,000.00 | | $32,400.00 0.00 |
| GRAY & END | GRAY | | 066-0 | | Sec | | | 24 | $0.00 | | | | Not Filed |
| HSBC MORTGAGE SERVICES | 00043523 | | 067-0 | | Sec | | | 24 | $6,531.84 | | $6,531.84 | | $6,531.84 |
| CLIFTON G. OWENS | 00002197 | | 100-0 | | Lgl I | | | 15 | $1,000.00 | | $1,000.00 | | $1,000.00 |
| DEBTOR | DEBTOR | | 101-0 | | Rfd X | | | 11 | $5,024.77 | $5,024.77 | | | $0.00 |
| DAVID W. ASBACH, CHAPTER 13 TR | TRUSTEE2 | | TRS-0 | | Tru | | | 00 | $6,661.83 | $74.23 | | | $6,587.60 |

| | Secured | Priority | Unsecured | Admin | Attorney | Continuing | Other | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Total Debt | $93,956.66 | $37,616.46 | $36,596.94 | $0.00 | $1,000.00 | $0.00 | $5,024.77 | $180,856.66 | $7,499.00 | Amount Available $0.00 |
| Total Paid | $2,400.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $5,099.00 | | | Funds Held $0.00 |
| Total Int Pd | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | $0.00 | | | Principal Balance $173,357.66 |
| Balance Due | $91,556.66 | $37,616.46 | $36,596.94 | $0.00 | $1,000.00 | | $6,587.60 | | | Delinquent $0.00 |

Status as of 8/22/2005

**03-22597-JES**

GREGORY G. STEPHENSON  JANCIE P. STEPHENSON
10126 WEST GOOD HOPE ROAD

Atty: CLIFTON G. OWENS  36 Rmng of 36 Mos.
MILWAUKEE WI 53224  Dismissed  Payment: $2,500.00 Per M
First Pmt Date 03/28/2003  Delinquent $0.00

Debtor Graduated Payments
| | | | |
|---|---|---|---|
| Start Date 2/26/2003 | End Date 2/28/2003 | $0.00 | Per Month = $0.00 |
| Start Date 3/28/2003 | End Date 3/28/2003 | $2,500.00 | Per Month = $2,500.00 |
| Start Date 4/28/2003 | End Date 3/28/2006 | $2,500.00 | Per Month = $90,000.00 |

| Check | Batch Id | Date | Amount Paid | Src | Type | Description | Employer |
|---|---|---|---|---|---|---|---|
| 3282 | 00000508 | 7/17/2003 | $700.00 | RP | Regular Payment | MO | |
| 3253 | 00000508 | 7/17/2003 | $4,299.00 | RP | Regular Payment | MO | |
| 2656511151 | CNV_RCPT | 4/8/2003 | $2,500.00 | RP | Regular Payment | C 6762 | |
| Total | | | $7,499.00 | | | | |

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In Re: GREGORY G. STEPHENSON
JANICE P. STEPHENSON

Chapter 13 Bankruptcy

Debtors

Case No. 05-27003 JES

**CERTIFICATE OF SERVICE -- MOTION TO DISMISS ENJOINING THE DEBTOR(S) FROM FURTHER FILINGS AND NOTICE OF HEARING**

The undersigned being first duly sworn on oath, deposes and says that on this date she electronically or conventionally served a copy of the attached Motion to Dismiss enjoining the debtor(s) from further filings in accordance with FRBP and FRCP (5)(b)(2)(D)

Dated: August 23, 2005

Tongula Roper
Administrative Assistant to
Mary B. Grossman, Chapter 13 Trustee
740 North Plankinton Avenue Suite 400
Milwaukee, WI 53203
(414) 271-3943

CONVENTIONAL MAIL RECIPIENTS:
See Attached List

ELECTRONIC MAIL RECIPIENTS:

05-27003 JES  
GREGORY G. STEPHENSON  
JANICE P. STEPHENSON  
10126 WEST GOOD HOPE ROAD  
MILWAUKEE WI 53224  

05-27003 JES  
INTERNAL REVENUE SERVICE  
PO BOX 21125  
PHILADELPHIA PA 19114-  

05-27003 JES  
WI DEPT OF REVENUE  
JAMES POLKOWSKI  
P O BOX 8902  
MADISON WI 53708  

05-27003 JES  
WELLS FARGO  
P.O. BOX 28724  
RECOVERY DEPT  
KANSAS CITY MO 64188  

05-27003 JES  
TIME WARNER CABLE  
P.O. BOX 3237  
MILWAUKEE WI 532013237  

05-27003 JES  
WELLS FARGO  
5445 NORTH 118TH CT.  
MILWAUKEE WI 53225  

05-27003 JES  
HOUSEHOLD MORTGAGE SERVICES  
P.O. BOX 60113  
CITY OF INDUSTRY CA 91716  

05-27003 JES  
INTERNAL REVENUE SERVICE  
PO BOX 21125  
PHILADELPHIA PA 19114-  

05-27003 JES  
CITY OF MILWAUKEE  
200 EAST WELLS STREET  
MILWAUKEE WI 53202  

05-27003 JES  
CITY OF MILWAUKEE  
200 EAST WELLS STREET  
MILWAUKEE WI 53202  

05-27003 JES  
WI DEPT OF REVENUE  
JAMES POLKOWSKI  
P O BOX 8902  
MADISON WI 53708  

05-27003 JES  
FIRST NATIONAL CREDIT CARD  
P.O. BOX 3038  
EVANSVILLE IN 47730  

05-27003 JES  
GUARANTY BANK  
4000 WEST BROWN DEER ROAD  
MILWAUKEE WI 53209  

05-27003 JES  
WEXLER & WEXLER  
500 W MADISON STREET  
SUITE #2910  
CHICAGO IL 606612587  

05-27003 JES  
WIS AUTO TITLE LOANS  
3825 60TH ST.  
KENOSHA WI 53140-  

05-27003 JES  
FCNB  
P.O. BOX 3910  
PORTLAND OR 97208  

05-27003 JES  
ALICE ROUSE  
C/O DAYTEN HANSON  
1749 NORTH PROSPECT AVENUE  
MILWAUKEE WI 53202  

05-27003 JES  
FED ADJ. CO.  
7929 N. PORT WASHINGTON RD.  
MILWAUKEE WI 53217  

05-27003 JES  
MCI  
P.O. BOX 4450  
BRIDGETON MO 63044  

05-27003 JES  
SENTRY INSURANCE  
1800 NORTH POINT DRIVE  
STEVENS POINT WI 54481  

05-27003 JES  
ATTORNEY JEROME RANDALL  
10233 WEST NORTH AVENUE  
MILWAUKEE WI 53226-  

05-27003 JES  
ATTORNEY JEROME RANDALL  
10233 WEST NORTH AVENUE  
MILWAUKEE WI 53226-  

05-27003 JES  
FALLS COLLECTION  
P.O. BOX 668  
GERMANTOWN WI 53022  

05-27003 JES  
EQUIA FAX CHECK SERVICES  
RISK MANAGEMENT ALTERNATIVES  
P.O. BOX 942248  
ATLANTA GA 31141  

05-27003 JES  
FARMERS INSURANCE  
P.O. BOX 948  
AURORA IL 60507  

05-27003 JES  
FARMERS INSURANCE GROUP  
300 N. CORPORATE DR.  
BROOKFIELD WI 53045  

05-27003 JES  
CREDIT COLLECTION SERVICE  
TWO WELLS STREET  
NEWTON MA 02459  

05-27003 JES  
COUNTY OF MILWAUKEE  
901 NORTH 9TH ST  
ROOM #102  
MILWAUKEE WI 53233  

05-27003 JES  
ECAST SETTLEMENT CORP ASSIGNEE OF  
HOUSEHOLD BANK AND ITS ASSIGNS  
PO BOX 35480  
NEWARK NJ 071935480  

05-27003 JES  
NEXTEL COMMUNICATIONS  
P.O. BOX 6220  
CAROL STREAM IL 60197

05-27003 JES
OLIVER ADJUSTMENT
3917 47TH AVE.
KENOSHA WI 53144

05-27003 JES
PROFESSIONAL EMERG. CARE
6400 INDUSTRIAL LOOP
GREENDALE WI 53129

05-27003 JES
SPRINT PCS CUSTOMER CARE
P.O. BOX 8077
LONDON KY 40742

05-27003 JES
ALLIED INTERSTATE WEST INC.
435 FORD ROAD
MINNEAPOLIS MN 55426

05-27003 JES
COVENANT HEALTHCARE
1126 S. 70TH STREET
SUITE NM101A
WEST ALLIS WI 53214-

05-27003 JES
TCF BANK
P.O. BOX 170995
MILWAUKEE WI 53217

05-27003 JES
ACC INTERNATIONAL
ACC BUILDING
919 ESTES COURT
SCHAUMBURY IL 601934427

05-27003 JES
MILWAUKEE CO CIRCUIT COURT
901 NORTH 9TH STREET
ROOM G9
MILWAUKEE WI 53233

05-27003 JES
POULOS, SENGSTOCK & BUDNY
10150 WEST NATIONAL AVENUE
STE. 390
WEST ALLIS WI 53227

05-27003 JES
WELLS FARGO
6021 DURAND AVENUE
STE. 200
RACINE WI 53401

05-27003 JES
STORM, BALGEMAN & MILLER
2433 N MAYFAIR ROAD
SUITE #207
WAUWATOSA WI 532261406

05-27003 JES
CITY OF MILWAUKEE
200 EAST WELLS STREET
MILWAUKEE WI 53202

05-27003 JES
CITY OF MILWAUKEE
WATER DEPARTMENT
841 NORTH BROADWAY ROOM 406
MILWAUKEE WI 532023687

05-27003 JES
BEST DISPOSAL
2841 S. 5TH COURT
MILWAUKEE WI 53207

05-27003 JES
U HAUL
924 SOUTH 108TH STREET
MILWAUKEE WI 53214

05-27003 JES
PUBLIC STORAGE
8824 WEST BROWN DEER ROAD
MILWAUKEE WI 53224

05-27003 JES
DIRECT TV
P.O. BOX 78626
PHOENIX AZ 00000

05-27003 JES
AAA SEWER CLEANING
3240 WEST ELM ROAD
FRANKLIN WI 53132

05-27003 JES
AURORA HEALTH CARE
P.O. BOX 340980
MILWAUKEE WI 53234

05-27003 JES
CHECK N GO
4847 NORTH 76TH STREET
MILWAUKEE WI 53218

05-27003 JES
CREDITORS ALLIANCE CORP.
10 LAKE CENTER
EXECUTIVE PK RTE. 73
NORTH MARLTON NJ 08053

05-27003 JES
FIRST CONSUMER NATIONAL BANK
P.O. BOX 64437
PORTLAND OR 97208

05-27003 JES
GRAY & END
600 N BROADWAY
SUITE 300
MILWAUKEE WI 53202

05-27003 JES
HOUSEHOLD MORTGAGE SERVICE
P.O. BOX 60113
CITY OF INDUSTRY CA 91716

05-27003 JES
CITIFINANCIAL
P.O. BOX 17099
INVESTMENT RECOVERY
BALTIMORE MD 21297

05-27003 JES
FAIR FINANCE CORP.
P.O. BOX 301
HALES CORNERS WI 53130

05-27003 JES
TELECHECK
DEPT. 80
DENVER CO 802810080

05-27003 JES
TIME WARNER CABLE
P.O. BOX 3237
MILWAUKEE WI 532013237

05-27003 JES
DIRECT TV
C/O RIDDLE & ASSOC
P.O. BOX 1187
SANDY UT 84091

05-27003 JES
VERIZON WIRELESS
1515 WOODFIELD RD.
STE. 140
SCHAUMBURG IL 60173-

| | | |
|---|---|---|
| 05-27003 JES<br>CERTEGY PAYMENT RECOVERY<br>P.O. BOX 30031<br>TAMPA FL 33630 | 05-27003 JES<br>SBC/AMERITECH<br>P.O. BOX 769<br>ARLINGTON TX 76004- | 05-27003 JES<br>PROVIDIAN<br>CUSTOMER SERVICE<br>P.O. BOX 660490<br>DALLAS TX 752660490 |
| 05-27003 JES<br>RENT A CENTER<br>5330 WEST FOND DU LAC AVENUE<br>MILWAUKEE WI 53218 | 05-27003 JES<br>MILWAUKEE CO CIRCUIT CT<br>821 WEST STATE STREET<br>ROOM #130<br>MILWAUKEE WI 53233 | 05-27003 JES<br>WEXLER & WEXLER<br>COLLECTION FOR WAL MART STOR<br>500 W. MADISON STE. 2910<br>CHICAGO IL 60661 |
| 05-27003 JES<br>WIS AUTO TITLE LOANS<br>2825 SOUTH 108TH STREET<br>WEST ALLIS WI 53227 | 05-27003 JES<br>STATE OF WI<br>C/O STATE COLLECTIONS<br>P.O. BOX 6250<br>MADISON WI 53716 | 05-27003 JES<br>FCNB PREFERRED CHARGE<br>P.O. BOX 2650<br>PORTLAND OR 97078 |
| 05-27003 JES<br>ALICE ROUSE<br>C/O DAYTEN HANSON<br>1749 NORTH PROSPECT AVENUE<br>MILWAUKEE WI 53202 | 05-27003 JES<br>WALMART<br>P.O. BOX 530929<br>ATLANTA GA 303530929 | 05-27003 JES<br>WE ENERGIES<br>333 W. EVERETT ST.<br>ATTN ELAINE RM A130<br>MILWAUKEE WI 53203 |
| 05-27003 JES<br>WE ENERGIES<br>333 W. EVERETT ST.<br>ATTN ELAINE RM A130<br>MILWAUKEE WI 53203 | 05-27003 JES<br>WE ENERGIES<br>333 W. EVERETT ST.<br>ATTN ELAINE RM A130<br>MILWAUKEE WI 53203 | 05-27003 JES<br>WALMART<br>P.O. BOX 530929<br>ATLANTA GA 303530929 |
| 05-27003 JES<br>WE ENERGIES<br>333 W. EVERETT ST.<br>ATTN ELAINE RM A130<br>MILWAUKEE WI 53203 | 05-27003 JES<br>WE ENERGIES<br>333 W. EVERETT ST.<br>ATTN ELAINE RM A130<br>MILWAUKEE WI 53203 | 05-27003 JES<br>WE ENERGIES<br>333 W. EVERETT ST.<br>ATTN ELAINE RM A130<br>MILWAUKEE WI 53203 |
| 05-27003 JES<br>OMNI CREDIT<br>333 BISHOPS WAY<br>STE. 100<br>BROOKFIELD WI 53205 | 05-27003 JES<br>MORTGAGE ELECTRONIC REGISTRATION SYS<br>C/O M. ABIGAIL O'DESS<br>1414 UNDERWOOD AVENUE, SUITE 403<br>WAUWATOSA WI 53213- | |